**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| ROBERT G. SPRADLIN, Individually and On Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | CLASS ACTION |
| v. | DEMAND FOR JURY TRIAL |
| PENN WEST PETROLEUM LTD., DAVID E. ROBERTS, MURRAY R. NUNNS, and TODD H. TAKEYASU, | |
| Defendants. | |

JUDGE STEIN

14 cv 6068

RECEIVED
AUG 04 2014
U.S.D.C. S.D. N.Y.
CASHIERS

## COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

Plaintiff Robert G. Spradlin ("Plaintiff"), individually and on behalf of all other persons similarly situated, by her undersigned attorneys, for her complaint against defendants, alleges the following based upon personal knowledge as to herself and her own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through her attorneys, which included, among other things, a review of the defendants' public documents, conference calls and announcements made by defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Penn West Petroleum Ltd., ("Penn West" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons other than Defendants (defined below) who purchased or otherwise acquired Penn West securities traded on the New York Stock Exchange ("NYSE") between May 4, 2012 and July 29, 2014, both dates inclusive (the "Class Period").  Plaintiff seeks to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.     Penn West is one of the largest conventional oil and natural gas producers in Canada.  The Company operates as an exploration and production company that acquires, explores, develops, exploits, and holds interests in petroleum and natural gas properties and related assets in western Canada. Its properties are located in Alberta, British Columbia, Saskatchewan, Manitoba, and the Northwest Territories, Canada; and Wyoming, the United States. The Company was formerly known as Penn West Energy Trust and changed its name to Penn West Petroleum Ltd. in January 2011. Penn West was founded in 1979 and is headquartered in Calgary, Canada.  Penn West trades on the NYSE under the symbol "PWE" and the Toronto Stock Exchange ("TSX") under the symbol "PWT."

3.     The Company is structured in one business segment, to explore for, develop and hold interests in oil and natural gas properties and related production infrastructure in the Western Canada Sedimentary Basin directly and through investments in securities of subsidiaries holding such interests. Penn West's portfolio of assets is managed at an enterprise level, rather than by separate operating segments or business units. The Company assesses its financial performance at the enterprise level and resource allocation decisions are made on a project basis across Penn West's portfolio of assets, without regard to the geographic location of projects.

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Penn West's financial statements contained errors related to the improper classification of operating expenses as property, plant and equipment without documentary support, resulting in an overstatement of capital expenditures; (2) certain additional operating expenses were incorrectly classified as royalty expenses; (3) the Company lacked adequate internal control over financial reporting; (4) the Company was not in compliance with certain of its covenants under its unsecured, revolving syndicated bank facility; and (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

5.      On July 29, 2014, after the close of trading, Penn West announced that the Audit Committee of the Company's Board of Directors was conducting a voluntary, internal review of certain of the Company's accounting practices. At that time, the Board of Directors of Penn West had concluded that certain of the Company's historical financial statements and related management's discussion and analysis ("MD&A") would need to be restated, which would likely delay the release of the second quarter 2014 financial results.

6.      According to the July 29, 2014 press release, the Audit Committee's review arises from accounting practices that came to the attention of the Company's new Senior Vice President and Chief Financial Officer, David Dyck, who assumed that position on May 1, 2014. The Company's management then recommended to the Board of Directors that the Audit Committee conduct an independent review of these practices. The Audit Committee thereafter retained independent Canadian and U.S. legal counsel, and an independent forensic accounting firm, to assist the Audit Committee in conducting its review.

7.    As part of its review, the Audit Committee and its independent advisors are examining certain entries which appear to have been made to reduce operating costs and increase the Company's reported capital expenditures and royalty expense, and that appear to have been made without adequate supporting documentation.   The accounting practices under review involve the improper capitalization of certain operating costs as property, plant and equipment, the income statement classification of certain costs and credits, and the timing of certain accruals relating to production, operating costs and capital.   The review currently covers 2014 and the four previous fiscal years.

8.    According to the July 29, 2014 press release, the preliminary findings from the review to date are as follows:

(a)    For the fiscal year 2013, the Audit Committee and its independent advisors have identified approximately $70 million in operating expenses that were reclassified to property, plant and equipment as capital expenditures without adequate support. For the fiscal year 2012, approximately $111 million in operating expenses were reclassified to property, plant and equipment as capital expenditures without adequate support. As a result, the property, plant and equipment balances recorded on the Company's balance sheets in those fiscal years appear to be overstated.

(b)    For each of the fiscal years 2012 and 2013, the Audit Committee and its independent advisors have identified approximately $100 million in operating expenses that were incorrectly reclassified as royalty expenses. This reclassification had no impact on net income or funds flow.

9.    Moreover, according to the July 29, 2014 press release, the senior finance and accounting personnel believed responsible for the adoption and use of these practices have ceased to be employed by the Company.

10.    Finally, as a result of the identified accounting practices and the decision to restate certain historical financial results and/or the potential delay in reporting second quarter 2014 results, the Company also disclosed that it may not be, or may cease to be, in compliance

with certain of its covenants under its unsecured, revolving syndicated bank facility and the terms of its senior unsecured notes.

11.     As a result of this news, shares of Penn West fell $1.30 or more than 14% on extremely heavy volume, to close at $7.85 on July 30, 2014.

12.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

13.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

14.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

15.     Venue is proper in this District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as a significant portion of the Defendants' actions, and the subsequent damages, took place within this District.

16.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

17.     Plaintiff, as set forth in the accompanying Certification, which is incorporated by reference herein, acquired Penn West securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

18.    Defendant Penn West is one of the largest conventional oil and natural gas producers in Canada.  Penn West shares are listed on the Toronto Stock Exchange under the symbol PWT and on the NYSE under the symbol PWE.

19.    Defendant Murray R. Nunns ("Nunns") served as the President and Chief Executive Officer ("CEO") of Penn West until he resigned from that role on June 5, 2013.

20.    Defendant David E. Roberts ("Roberts") has served as the Company's President and CEO since June 19, 2013.

21.    Defendant Todd H. Takeyasu ("Takeyasu") served as Senior Vice President and Chief Financial Officer ("CFO") of Penn West until he resigned from that role on March 24, 2013.

22.    Non-defendant David A. Dyck ("Dyck") has served as the Company's Senior Vice President and CFO since May 1, 2014.

23.    The defendants referenced above in ¶¶ 19 – 21 are sometimes referred to herein as the "Individual Defendants."

24.    Defendant Penn West and the Individual Defendants are referred to herein, collectively, as the "Defendants."

## SUBSTANTIVE ALLEGATIONS

### Background

25.    Penn West is one of the largest conventional oil and natural gas producers in Canada. Based in Calgary, Alberta, Penn West operates throughout western Canada on a land base encompassing approximately five million acres. As of December 31, 2013, Penn West had approximately 1,415 employees.

26.    Penn West is the successor to Penn West Trust and commenced operations as such on January 1, 2011. It operates under the trade names "Penn West" and "Penn West Exploration." The corporate conversion was completed on January 1, 2011 and resulted in the reorganization of Penn West Trust (an income trust) into Penn West (a corporation) and the unit-holders of Penn West Trust becoming the Shareholders of Penn West. Penn West and its Subsidiaries now carry on the business formerly carried on by Penn West Trust and its Subsidiaries. Penn West's common shares commenced trading on the TSX under the trading symbol "PWT" on January 10, 2011 and on the NYSE under the trading symbol "PWE" on January 3, 2011.

27.    The Company operates in one business segment, to explore for, develop and hold interests in oil and natural gas properties and related production infrastructure in the Western Canada Sedimentary Basin directly and through investments in securities of subsidiaries holding such interests. Penn West's portfolio of assets is managed at an enterprise level, rather than by separate operating segments or business units. The Company assesses its financial performance at the enterprise level and resource allocation decisions are made on a project basis across Penn West's portfolio of assets, without regard to the geographic location of projects. Penn West owns the petroleum and natural gas assets or 100 percent of the equity, directly or indirectly, of the entities that carry on the remainder of the oil and natural gas business of Penn West, except for an unincorporated joint arrangement in which Penn West's wholly owned subsidiaries hold a 55 percent interest.

### Materially False and Misleading
### Statements Issued During the Period

28.     On May 4, 2012, the Company issued a press release and filed a Form 6-K with

the SEC announcing operating and financial results for the first quarter ended March 31, 2012.

The press release stated, in part:

- Average production in the first quarter of 2012 was 167,420 boe per day, after the effect of approximately 4,500 boe per day of asset dispositions in January, compared to 168,801 boe per day for the fourth quarter of 2011.

- First quarter average liquids production was in excess of 107,000 boe per day, of which approximately 90 percent was oil.

- Capital expenditures for the first quarter of 2012, including net property dispositions, totalled $338 million compared to $436 million for the first quarter of 2011. Our capital guidance for 2012 remains $1.3 billion to $1.4 billion, net of acquisition and disposition activity in the first quarter of 2012.

- Funds flow was $337 million ($0.71 per share - basic) in the first quarter of 2012 compared to $356 million ($0.77 per share - basic) reported in the first quarter of 2011 primarily due to lower natural gas prices and wider Canadian crude oil differentials offset by higher WTI oil prices.

- Net income for the first quarter of 2012 was $59 million ($0.12 per share - basic).

- Proceeds on net property dispositions in the first quarter of 2012 totalled $322 million.

29.     On June 15, 2012, the Company issued a press release and filed a Form 6-K with

the SEC, announcing the renewal of its unsecured, revolving bank facility.  According to the

press release:

> Penn West Petroleum Ltd. ("Penn West Exploration") closed the renewal of its unsecured, revolving bank facility on June 15, 2012. The facility has a four year term maturing on June 30, 2016 and includes a syndicate of Canadian and International banks.  The facility has an aggregate borrowing limit of $3.0

billion. This renewal was jointly led by BMO Capital Markets and Canadian Imperial Bank of Commerce.

30.    On August 10, 2012, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the second quarter ended, June 30, 2012. The press release stated, in part:

- Average production in the second quarter of 2012 was 163,181 boe per day compared to 156,107 in the second quarter of 2011. During the second quarter of 2012, we completed significant turnaround and maintenance activities which resulted in up to 10,000 boe per day being off-line for portions of the quarter.

- We drilled 208 net wells in the first six months of 2012.

- Capital expenditures for the second quarter of 2012 net of property dispositions, totalled $310 million compared to $240 million for the second quarter of 2011. Second quarter activities were primarily focused on completions, tie-ins and facilities construction.

- Capital expenditures in the first six months of 2012, net of property dispositions, were $648 million compared to $676 million for the first six months of 2011.

- Funds flow for the second quarter of 2012 was $272 million ($0.57 per share - basic) compared to $396 million ($0.85 per share - basic) reported in the second quarter of 2011 due to reduced commodity price realizations.

- Net income for the second quarter of 2012 was $235 million ($0.50 per share - basic) compared to $271 million ($0.58 per share - basic) in the second quarter of 2011.

31.    On November 2, 2012, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the third quarter ended, September 30, 2012. The press release stated, in part:

- Capital expenditures in the first nine months of 2012, net of property dispositions, were $1,053 million compared to $1,157 million for the first nine months of 2011.

9

- We drilled 251 net wells, excluding stratigraphic test wells, in the first nine months of 2012.

- Average production for the nine months ended September 30, 2012 was 163,635 boe (1) per day, compared to 161,171 boe per day for the comparative period in 2011.

- Capital expenditures for the third quarter of 2012, net of property dispositions, totalled $405 million compared to $481 million for the third quarter of 2011.

- Average production in the third quarter of 2012 was 160,339 boe per day compared to 161,323 boe per day in the third quarter of 2011. Delays in new facility construction, wet weather and facility outages impacted production.

- In the third quarter of 2012, we recorded a net loss of $67 million ($0.14 per share - basic) compared to net income of $138 million ($0.29 per share - basic) in the third quarter of 2011. The change in net income was primarily due to risk management activities as we recorded unrealized losses of $176 million in the third quarter of 2012 compared to $238 million of unrealized gains recorded in the third quarter of 2011.

32.    On February 14, 2013, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the quarter and full year, ended December 31, 2012. For the quarter, the Company reported exploration and development capital expenditures of $348 million, compared to $594 million in the fourth quarter in 2011, average production of 153,931 boe per day after the impact of net asset dispositions and weighted approximately 64 percent to oil and liquids, and a net loss of $53 million ($0.11 per share - basic) compared to a net loss of $62 million ($0.13 per share - basic) in the fourth quarter of 2011. For the year, Penn West reported total capital expenditures of approximately $137 million compared to $1,866 million in 2011, average production of 161,195 boe per day, compared to 163,094 boe per day for 2011, and recorded net income of $174 million ($0.37 per share - basic), a decrease from the $638 million ($1.37 per share - basic) recorded in 2011.

33.    On March 14, 2013, the Company filed an annual report for the period ended December 31, 2012 on Form 40-F with the SEC, which was signed by defendant Nunns, and reiterated the Company's previously announced quarterly and year-end financial results and financial position.  In addition, the 2012 Form 40-F contained certifications signed pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by defendants Nunns and Takeyasu, stating that the financial information contained in the Form 40-F was accurate, and disclosed any material changes to the Company's internal control over financial reporting.

34.    Moreover, the 2012 Form 40-F stated the following pertaining to compliance with relevant laws and regulations:

**Disclosure Controls and Procedures**
As of December 31, 2012, an internal evaluation was carried out under the supervision of our President and Chief Executive Officer (the "CEO") and Executive Vice President and Chief Financial Officer (the "CFO") of the effectiveness of Penn West's disclosure controls and procedures as defined in Rule 13a-15 under the US Securities Exchange Act of 1934 (the "Exchange Act") and as defined in Canada by National Instrument 52-109, Certification of Disclosure in Issuers' Annual and Interim Filings ("NI 52-109"). ***Based on that evaluation, the CEO and the CFO concluded that as of December 31, 2012 the disclosure controls and procedures were effective to provide reasonable assurance that the information required to be disclosed in the reports that Penn West files or submits under the Exchange Act or under Canadian securities legislation is recorded, processed, summarized and reported, within the time periods specified in the rules and forms therein.***

**Internal Control over Financial Reporting ("ICOFR")**
We have a team of qualified and experienced staff who continue to maintain our compliance with the applicable regulations regarding internal control over financial reporting ("ICOFR"). As of December 31, 2012, an internal evaluation was carried out under the supervision of our CEO and CFO of the effectiveness of our ICOFR as defined in Rule 13a-15 under the Exchange Act and as defined in Canada by NI 52-109. The assessment was based on the framework in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission. ***Based on that evaluation, the CEO and the CFO concluded that as of December 31, 2012 our ICOFR was effective. We have certified our ICOFR and obtained auditor attestation of the operating effectiveness of our internal control over financial reporting in conjunction with our 2012 year-end audited consolidated financial statements. All***

*significant financial reporting processes have been documented, assessed, and tested*. No changes in our ICOFR were made during the quarter ended December 31, 2012 that have materially affected, or are reasonably likely to materially affect, our ICOFR.

35.    The 2012 Form 40-F also contained the following materially false and/or misleading statement pertaining to Penn West's Credit Facility:

> Penn West has an unsecured, revolving credit facility with a four-year term ending June 30, 2016 with a syndicate of Canadian and international banks. The credit facility has an aggregate borrowing limit of $3.0 billion. As at March 13, 2013, approximately $1.1 billion had been borrowed under the credit facility.

*      *      *

> ***The Company is subject to certain quarterly financial covenants under its unsecured, syndicated credit facility and the senior unsecured notes.*** These financial covenants are typical for senior unsecured lending arrangements and include senior debt and total debt to EBITDA and senior debt and total debt to capitalization as defined in Penn West's lending agreements. ***As at December 31, 2012, the Company was in compliance with all of its financial covenants.***

36.    On May 2, 2013, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the first quarter ended March 31, 2013. The press release stated, in part:

> In the first quarter, capital expenditures were on budget, anticipated drilling and completion cost savings were realized and all planned development activities were executed. Production to date is on target, wells were brought on-stream on schedule, and execution of our base production reliability initiatives are on plan.
>
> - Average production for the first quarter of 2013 was 142,804 boe per day driven in part by improved production reliability and reduced repair and maintenance cycle times; annual 2013 average production guidance remains at 135,000 to 145,000 boe per day.
>
> - Exploration and development capital expenditures of $427 million were on budget; full year 2013 capital guidance remains $900 million.
>
> - Improvements in capital efficiencies and cost structures on all key plays were realized, driven by reductions in drill times and

decreased completion costs in addition to improvements in field execution.

- 119 net development wells were drilled in the first quarter, consistent with plans.

- First quarter light oil and natural gas liquids production comprised 82 percent of total liquids production and received average prices of $80.75 per barrel after hedging.

- Hedges are in place on over 80 percent of forecast 2013 oil production, net of royalties, between US$91.55 and US$104.42 per barrel.

- First quarter 2013 light oil and natural gas liquids price differentials, after price adjustments, were $14.43 per barrel (2012 – $23.16 per barrel) compared to benchmark WTI oil prices, narrower than internal expectations.

- Funds flow for the first quarter was $267 million ($0.55 per share – basic) ahead of internal expectations due to higher light-oil price realizations.

37.     On August 8, 2013, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the second quarter ended, June 30, 2013. For the quarter, the Company recorded a loss of $40 million ($0.08 per share – basic) primarily due to unrealized foreign exchange losses on U.S. denominated debt, as a result of the weakening of the Canadian dollar relative to the US dollar. The Company also announced that exploration and development capital expenditures totaled $112 million (2012 – $329 million), and that Penn West remains on target to meet capital guidance for 2013.

38.     On November 6, 2013, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the third quarter ended, September 30, 2013. For the quarter, the Company recorded net income of $27 million ($0.06 per share - basic) compared to a net loss of $40 million ($0.08 per share - basic) in the second quarter of 2013. The Company also announced that 2013 capital expenditures were re-estimated to be

below $900 million as the Company further lowered development capital costs in major development areas. As a result, according to the press release, the 2014 budget approved by the Board of Directors with capital expenditures was expected to be approximately $900 million.

39.    On January 21, 2014, the Company issued a press release and filed a Form 6-K with the SEC, providing an operational update for the fourth quarter 2013. According to the press release, "[c]apital expenditures in the fourth quarter were approximately $208 million, totaling approximately $816 million for the full year. With a focus on reducing [drilling and completion] costs and a disciplined approach to capital allocation in the second half of 2013, Penn West was able to execute the planned drilling programs for 2013 approximately nine percent below guidance of $900 million."

40.    On March 7, 2014, the Company issued a press release and filed a Form 6-K with the SEC, announcing operating and financial results for the quarter and full year, ended December 31, 2013. The Company reported development capital of $208 million for the fourth quarter of 2013 and $816 million for 2013. For 2013, the Company reported that development capital came in below the $900 million budget primarily due to the cost reductions realized across Penn West. For the fourth quarter of 2013, the Company recorded a net loss of $728 million ($1.49 per share – basic), primarily due to non-cash property, plant and equipment impairment charges and unrealized foreign exchange losses on the translation of US denominated senior, unsecured notes.

41.    Also on March 7, 2014, the Company filed an annual report for the period ended December 31, 2013 on Form 40-F with the SEC, which was signed by defendant Roberts, and reiterated the Company's previously announced quarterly and year-end financial results and financial position. In addition, the 2013 Form 40-F contained SOX certifications signed by

defendants Roberts and Takeyasu, stating that the financial information contained in the Form 40-F was accurate, and disclosed any material changes to the Company's internal control over financial reporting.

42.    Moreover, the 2013 Form 40-F stated the following pertaining to compliance with relevant laws and regulations:

**Disclosure Controls and Procedures**
As of December 31, 2013, an internal evaluation was carried out under the supervision of our President and Chief Executive Officer (the "CEO") and Executive Vice President and Chief Financial Officer (the "CFO") of the effectiveness of Penn West's disclosure controls and procedures as defined in Rule 13a-15 under the US Securities Exchange Act of 1934 (the "Exchange Act") and as defined in Canada by National Instrument 52-109, Certification of Disclosure in Issuers' Annual and Interim Filings ("NI 52-109"). *Based on that evaluation, the CEO and the CFO concluded that as of December 31, 2013 the disclosure controls and procedures were effective to provide reasonable assurance that the information required to be disclosed in the reports that Penn West files or submits under the Exchange Act or under Canadian securities legislation is recorded, processed, summarized and reported, within the time periods specified in the rules and forms therein.* Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by an issuer in the reports that it files or submits under the Exchange Act is accumulated and communicated to the issuer's management, including its CEO and CFO, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

**Internal Control over Financial Reporting ("ICOFR")**
Our management is responsible for establishing and maintaining adequate internal control over financial reporting (ICOFR). As of December 31, 2013, an internal evaluation was carried out by management under the supervision and with the participation of our CEO and CFO of the effectiveness of our ICOFR as defined in Rule 13a-15 under the Exchange Act and as defined in Canada by NI 52-109. The assessment was based on the framework in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO 1992). *Based on that evaluation, management concluded that as of December 31, 2013 our ICOFR was effective. We have certified our ICOFR and obtained auditor attestation of the operating effectiveness of our internal control over financial reporting in conjunction with our 2013 year-end audited consolidated financial statements.*

Our internal control over financial reporting as of December 31, 2013 has been audited by KPMG LLP, an independent registered public accounting firm, as stated in their attestation report which is included herein.

In 2013, we reduced our goodwill balance by $54 million to reflect goodwill being associated with asset dispositions of prior years, this change was made retroactively. As a result, we made enhancements to our methodology for associating goodwill to cash generating units and dispositions. No other changes in our ICOFR were made during the year ended December 31, 2013 that have materially affected, or are reasonably likely to materially affect, our ICOFR.

43.    The 2013 Form 40-F also contained the following materially false and/or

misleading statement pertaining to Penn West's Credit Facility:

Penn West has an unsecured, revolving credit facility with a four-year term ending June 30, 2016 with a syndicate of Canadian and international banks. The credit facility has an aggregate borrowing limit of $3.0 billion. As at March 6, 2014, approximately $0.4 billion had been borrowed under the credit facility.

*               *               *

***The Company is subject to certain quarterly financial covenants under its unsecured, syndicated credit facility and the senior unsecured notes.*** These financial covenants are typical for senior unsecured lending arrangements and include senior debt and total debt to EBITDA and senior debt and total debt to capitalization as defined in Penn West's lending agreements. ***As at December 31, 2013, the Company was in compliance with all of its financial covenants.***

44.    On May 1, 2014, the Company issued a press release and filed a Form 6-K with

the SEC, announcing operating and financial results for the first quarter ended March 31, 2014.

The press release stated, in part:

- All planned capital activities were completed during the quarter with development capital expenditures at $205 million compared to our budget of $230 million. Cost and cycle time improvements in late 2013 and in 2014 drove significant savings.

- In the first quarter of 2014, we recorded a net loss of $96 million ($0.20 per share - basic), primarily due to unrealized foreign exchange losses on the translation of our US denominated senior, unsecured notes and losses recorded on non-core property dispositions as we continue our strategy of focusing our asset base.

- Long-term debt was reduced by $180 million during the quarter, excluding the impact of unrealized foreign exchange losses of $75 million.

45.     On May 6, 2014, the Company issued a press release and filed a Form 6-K with the SEC, announcing the renewal of its unsecured, revolving bank facility.  According to the press release:

> Penn West chose to reduce the borrowing capacity under the renewed facility to an aggregate of $1.7 billion, compared to an aggregate borrowing limit of $3.0 billion under the facility prior to the renewal, as less credit capacity is required under Penn West's long-term plan announced in late 2013. The facility consists of two tranches with different maturity dates: tranche one has a borrowing limit of $1.2 billion involving a five-year term extension of the existing facility with a maturity date of May 6, 2019; and tranche two provides a $500 million borrowing limit with a maturity date of June 30, 2016, being the maturity date of the bank facility in place prior to this renewal. Penn West anticipates cancelling tranche two upon completion of the second phase of its asset disposition strategy contemplated under its long-term plan. "This renewal and the planned future reduction in our bank facility are key steps in Penn West's long-term plan", said Dave Roberts, Penn West's President and Chief Executive Officer.
>
> Penn West currently has a total of approximately $300 million drawn on the bank facility. The facility includes a syndicate of Canadian and international banks with the renewal having been jointly led by the Canadian Imperial Bank of Commerce and the Bank of Montreal.

46.     The statements referenced in ¶¶ 28 – 45 above were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operational and compliance policies, which were known to Defendants or recklessly disregarded by them.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Penn West's financial statements contained errors related to the improper classification of operating expenses as property, plant and equipment without documentary support, resulting in an overstatement of capital expenditures; (2) certain additional operating expenses were incorrectly classified as royalty expenses; (3) the Company lacked adequate internal control over financial reporting; (4) the

Company was not in compliance with certain of its covenants under its unsecured, revolving syndicated bank facility; (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

### The Truth Emerges

47.    On July 29, 2014, after the market closed, the Company issued a press release entitled "Penn West Announces Management-Initiated Internal Review of Accounting Practices and Decision to Restate Certain Historical Financial Statements." According to the press release, the Audit Committee of the Company's Board of Directors is conducting a voluntary, internal review of certain of the Company's accounting practices. While the Company cautioned that the review was not yet completed, the Board of Directors of Penn West had concluded that certain of the Company's historical financial statements and related MD&A would need to be restated, which would likely delay the release of second quarter 2014 financial results.

48.    According to the Company, the Audit Committee's review arises from accounting practices that came to the attention of the Company's new CFO, non-defendant Dyck, who assumed that position on May 1, 2014. The Company's management then recommended to the Board of Directors that the Audit Committee conduct an independent review of these practices. The Audit Committee thereafter retained independent Canadian and U.S. legal counsel, and an independent forensic accounting firm, to assist the Audit Committee in conducting its review.

49.    The Audit Committee and its independent advisors are examining certain entries which appear to have been made to reduce operating costs and increase the Company's reported capital expenditures and royalty expense, and that appear to have been made without adequate supporting documentation. The accounting practices under review involve the capitalization of certain operating costs as property, plant and equipment, the income statement classification of

certain costs and credits, and the timing of certain accruals relating to production, operating costs and capital. The review currently covers 2014 and the four previous fiscal years.

50.    According to the July 29, 2014 press release, the preliminary findings from the review to date are as follows:

(a)    For the fiscal year 2013, the Audit Committee and its independent advisors have identified approximately $70 million in operating expenses that were reclassified to property, plant and equipment as capital expenditures without adequate support. For the fiscal year 2012, approximately $111 million in operating expenses were reclassified to property, plant and equipment as capital expenditures without adequate support. As a result, the property, plant and equipment balances recorded on the Company's balance sheets in those fiscal years appear to be overstated.

(b)    For each of the fiscal years 2012 and 2013, the Audit Committee and its independent advisors have identified approximately $100 million in operating expenses that were incorrectly reclassified as royalty expenses. This reclassification had no impact on net income or funds flow.

51.    Moreover, according to the July 29, 2014 press release, the senior finance and accounting personnel believed responsible for the adoption and use of these practices have ceased to be employed by the Company.

52.    Accordingly, the Board of Directors indicated the necessity to restate the Company's audited annual financial statements for at least the years ended December 31, 2012 and 2013 and its unaudited interim financial statements for the three months ended March 31, 2014 and 2013 and all related MD&A (collectively, the "Restated Financials").

53.    As a result of the Restated Financials, the Company expects a reduction in historical reported capital expenditures, property, plant and equipment balances, royalty expenses and depletion expense and increase operating expenses. The review and restatement may also require Penn West to reduce its capital expenditure guidance and royalty expense assumptions and increase its operating cost assumptions for 2014 from those originally disclosed

in November 2013. These adjustments would in turn reduce the Company's 2014 funds flow assumptions.

54.    Finally, as a result of the identified accounting practices and the decision to restate certain historical financial results and/or the potential delay in reporting second quarter 2014 results, the Company also disclosed that it may not be, or may cease to be, in compliance with certain of its covenants under its unsecured, revolving syndicated bank facility and the terms of its senior unsecured notes.

55.    As a result of this news, shares of Penn West fell $1.30, or more than 14%, on extremely heavy volume, to close at $7.85 on July 30, 2014.

56.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

### PLAINTIFF'S CLASS ACTION ALLEGATIONS

57.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Penn West securities traded on the NYSE during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

58.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Penn West securities were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or

thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Penn West or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

59.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

60.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

61.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Penn West;

- whether the Individual Defendants caused Penn West to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of Penn West securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and,

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

21

62.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

63.    Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Penn West securities are traded in efficient markets;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NYSE, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased and/or sold Penn West securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

64.    Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

65.    Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material

22

information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5
### Against All Defendants

66.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

67.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

68.    During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities.  Such scheme was intended to, and, throughout the Class Period, did:  (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Penn West securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Penn West securities and options at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

69.    Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly

and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Penn West securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Penn West's finances and business prospects.

70.     By virtue of their positions at Penn West, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

71.     Defendants were personally motivated to make false statements and omit material information necessary to make the statements not misleading in order to personally benefit from the sale of Penn West securities from their personal portfolios.

72.     Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior managers and/or directors of Penn West, the Individual Defendants had knowledge of the details of Penn West's internal affairs.

73.     The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual

Defendants were able to and did, directly or indirectly, control the content of the statements of Penn West. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Penn West's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price for Penn West's securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Penn West's business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Penn West securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged upon the revelation of the alleged corrective disclosures.

74.    During the Class Period, Penn West's securities were traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Penn West securities at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Penn West securities was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of Penn West's securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

75.     By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

76.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### Violation of Section 20(a) of
### The Exchange Act Against The Individual Defendants

77.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

78.     During the Class Period, the Individual Defendants participated in the operation and management of Penn West, and conducted and participated, directly and indirectly, in the conduct of Penn West's business affairs.  Because of their senior positions, they knew the adverse non-public information regarding Penn West's business practices.

79.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Penn West's financial condition and results of operations, and to correct promptly any public statements issued by Penn West which had become materially false or misleading.

80.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Penn West disseminated in the marketplace during the Class

Period.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Penn West to engage in the wrongful acts complained of herein.  The Individual Defendants therefore, were "controlling persons" of Penn West within the meaning of Section 20(a) of the Exchange Act.  In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Penn West securities.

81.     Each of the Individual Defendants, therefore, acted as a controlling person of Penn West.  By reason of their senior management positions and/or being directors of Penn West, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Penn West to engage in the unlawful acts and conduct complained of herein.  Each of the Individual Defendants exercised control over the general operations of Penn West and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

82.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Penn West.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

27

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated:  August 4,  2014

Respectfully submitted,

**POMERANTZ LLP**

_____
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
        fmcconville@pomlaw.com


**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip C. Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com

*Attorneys for Plaintiff*

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Penn West Petroleum Ltd.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Penn West Petroleum Ltd.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | Robert |
| Middle initial: | G |
| Last name: | Spradlin |
| Address: | redacted |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 03-24-2014 | 6000 | 8.34 |
| Common Stock | 04-22-2014 | 4000 | 9.2189 |
| Common Stock | 05-09-2014 | 5000 | 8.8389 |
| Common Stock | 07-11-2014 | 900 | 9.05 |
| Common Stock | 11-18-2013 | 6400 | 8.40 |
| Common Stock | 12-30-2013 | 430 | 8.37 |
| Common Stock | 12-30-2013 | 3870 | 8.3589 |
| Common Stock | 03-25-2014 | 5000 | 8.26 |

Sales:

**Certification for Robert Spradlin (cont.)**

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock5000 | 03-25-2014 | 8.3611 | |
| Common Stock10700 | 03-10-2014 | 8.59 | |

7. I have not served as a representative party on behalf of a class under the federal security laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:                    **YES**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf. on a contingent fee basis.                    **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic
Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 07/30/2014